UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RYAN NELSON, As Special Administrator of the State of Mark P. Coffey,<br>   Plaintiff,<br><br>  v.<br><br>THE TOWN OF DYER, THE TOWN OF ST. JOHN, LAKE COUNTY, INDIANA, VICTOR ZAMORA, LUKE SCHREIBER, JACOB PATZSCHKE, AND DANIEL KOLODZIEJ,<br>   Defendants. | Case No.:  2:18-cv-270 |

### DEFENDANTS' TOWN OF DYER AND DANIEL KOLODZIEJ'S NOTICE REGARDING PLAINTIFF'S MOTION TO DISMISS

  Defendants, Town of Dyer and Daniel Kolodziej, by counsel, Julie J. Havenith respectfully notify the Court that they have no objection to the Plaintiff's Motion to Dismiss the above cause and request that the Motion be granted with prejudice.

                Respectfully submitted,

            By: /s/ Julie J. Havenith
               Julie J. Havenith, #17898-53-A

### CERTIFICATE OF SERVICE

  I certify that on the 14th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which automatically served a copy to all counsel of record:

Jeanette Samuels
Samuels & Associates LTD
2825 S. Wabash Avenue
Chicago, IL  60616

Jarrett Adams
The Law Office of Jarrett Adams, PLLC
561 10th Avenue, Unit 31D

New York, NY   10036

David M. Austgen
130 N. Main Street
Crown Point, IN   46307

William T. Enslen
142 Rimach
Hammond, IN   46320

The Law Office of Angela M. Jones LLC
Angela Jones
9301 Calumet Avenue, Suite 2F
Munster, IN   46321

                                                By:   /s/ Julie J. Havenith
                                                        Julie J. Havenith